**MIKE YELLEN**
P.O. Box 1302
Spring Valley, CA 91979

**In Pro Se**

FILED
2008 JAN 15 AM 11:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIKE YELLEN,** Plaintiff, vs. **DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,** Defendants. | '08 CV 0086 JLS LSP **CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND** |

**I.**

**JURISDICTION**

Jurisdiction is invoked pursuant to Title 28 U.S.C. Section(s) 1331, 1343(a)(1)(2)(3)(4), 1391(a), 2201, 2202, 2403(a); Title 42 U.S.C. Section(s) 1981, 1985(3), 1986, 1988 and 12101 et. seq. Plaintiff further seeks pendent jurisdiction of the Court to adjudicate any and all State Law claims arising from this Federal cause of action.

**II.**

**PARTIES**

Plaintiff, Mike Yellen was employed at Southwest Fabricators for approximately three years during which time Plaintiff raised to the position of Production Supervisor.

Defendant Dennis Richardson is the Production Manager and was Plaintiff's direct supervisor. Defendant Richardson is responsible for overall production of the sheet metal portion at Southwest Fabricators. He was responsible for conducting Plaintiff's evolutions and determined which employees were going to be released from employment.

Defendant Jim Silva is the Director of Operation for Southwest Fabricators as such has overall responsibilities for all production. Defendant Silva is further responsible in determining which employees are going to be released from employment.

Defendant Mike Donley is the Human Resource Manager at Southwest Fabricators as such is also responsible for determining which employees are released from employment.

Defendant Brandt Strieby is the Vice President over production at Southwest Fabricators as such is also responsible for determining which employees are released from employment.

Defendant Daren Weckerly is the Owner and President of Southwest Fabricators as such has overall responsibilities to ensure that all employees are treated fairly and equally. That no employee is punished for exercising his constitutional rights.

## III.

## FACTS

**GROUND ONE**

Violation of the First and Fourteenth Amendment to the United States Constitution; punishing Plaintiff for exercising his First Amendment rights and discharging him from his employment.

Plaintiff was employee at Southwest Fabricators for about three years and during that time Plaintiff was promoted to a production supervisor. At one point Plaintiff was the sole Production Supervisor of the night shift for over 1 year. While Plaintiff supervised the night shift he addressed several issues to Defendants Richardson, Silva, Strieby and Weckerly

concerning various violations of company policy, including but not limited to, safety issues, misconduct by other supervisors, misconduct by other supervisors towards employees. These concerns were addressed to Defendants – through email and verbally.

Defendant Richardson reprimanded Plaintiff for exercising his rights to speak out on matters of concern especially since these supervisors have extreme favor with Defendants Richardson and Silva and further for placing such issues in email. Plaintiff was informed by Defendants Richardson, Donley, Strieby and Silva at various times that Defendant Weckerly does not want anymore email addressing concerns. Defendants Richardson, Strieby and Silva has personally informed Plaintiff to stop addressing concern in writing through emails since such emails are permit documents in writing and can be discoverable by an attorney which is a concern for Defendant Weckerly.

Since Plaintiff continued to exercise his right under the First Amendment in speaking out on issues and situations that are wrong he was punished by being removed from night shift production supervisor and placed on day shift so Defendants could curtail if not stop Plaintiff from exercising his rights.

Defendants Richardson, Strieby and Silva personally informed Plaintiff that he was banned from sending anymore emails out, as Defendants did not want anything in writing. A continual violation of Plaintiff's First Amendment rights.

On or about September 6, 2007, Plaintiff was discharged from employment at Southwest Fabricators based on exercising his First Amendment rights. Further support of this retaliatory conduct was that Plaintiff was never called back for employment.

//

//

//

//

//

**GROUND TWO**

Violation of the Americans with Disability Act in which Plaintiff was discharged from employment while on disability.

On July 18, 2007, Plaintiff broke his right leg and was placed on disability by Defendants and was informed that he can maintain this disability for up to twelve (12) weeks. Plaintiff was discharged from employment even though he was still on disability.

That Defendants and each of them are aware of the retaliatory actions taken upon Plaintiff and each named Defendant are responsible to ensure that employees at Southwest Fabricators are not subjected to being punished for exercising their constitutional rights.

Plaintiff alleges and avers that Defendants and each of them subjected Plaintiff to retaliatory action in which Plaintiff was punished for exercising his constitutional rights.

As a direct result of being punished for speaking out on matters that were wrong Plaintiff is denied his constitutional rights guaranteed by the First Amendment and discriminated against pursuant to the ADA.

//

//

//

//

//

//

//

//

//

//

//

**WHEREFORE**, Plaintiff is entitled to required relief.

1) Injunctive relief that prohibits each Defendant, their subordinates, and/or other employees within Southwest Fabricators from retaliating against the Plaintiff.

2) Compensatory damages in the amount of Five Million ($5,000,000) Dollars from each named Defendant.

3) Punitive damages in the amount of Five Million ($5,000,000) Dollars from each named Defendant.

4) Appointment of counsel and attorney fees if applicable.

5) Any and all Court costs, as well as any other relief this Court may deem just and proper.

DATED: this 15th day of January, 2008.

MIKE YELLEN
In Pro Se

//

//

//

//

//

//

## CERTIFICATE OF SERVICE

I, Mike Yellen hereby certify that a copy of the foregoing Civil Rights Complaint was served upon the below listed Defendants by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

**DENNIS RICHARDSON**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**JIM SILVA**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**BRANDT STRIEBY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**MIKE DONLEY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**DAREN WECKERLY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

DATED: this 15th day of January, 2008.

MIKE YELLEN
In Pro Se

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 JAN 15 AM 11:26

SOUTHERN DISTRICT OF CALIFORNIA

BY KWH

## I. (a) PLAINTIFFS

Mike Yellen

(b) County of Residence of First Listed Plaintiff ______
(EXCEPT IN U.S. PLAINTIFF CASES)

8926 Delrose Ave #17
Spring Valley, CA 91977

(c) Attorney's (Firm Name, Address, and Telephone Number)

619-341-0506

**DEFENDANTS** Dennis Richardson, Jim Sylva, Brandt Strieby, Mike Donley, Daren Weckerly

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 0086 JLS LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only) N/A N/A

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ~~1~~ | ~~1~~ | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

(MY)

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Title 28 U.S.C, Title 42 U.S.C 1981, 1985(c), 1986, 1988

Brief description of cause: Civil Rights Complaint

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 1-15-08

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # 146443 AMOUNT $350 1/15/08 BH APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146443 - BH

January 15, 2008
11:22:07

Civ Fil Non-Pris
O #.: 08CV0086 CIVIL FILING
ge..: JANIS L. SANMARTINO
unt.: $350.00 CK
ck#.: PC# 173

otal-> $350.00

OM: YELLEN V. RICHARDSON ET AL
CIVIL FILING