# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JAN 15 AM 11:27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

mike Yellen

vs

Dennis Richardson, Jim Silva, Brandt Striebly, mike Donley, Daren Neckerly

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

mike Yellen
8926 Delrose Ave #17
Spring Valley, CA. 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

SEAL

K. HAMMERLY

By , Deputy Clerk



:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11 34am)