**MIKE YELLEN**
P.O. Box 1302
Spring Valley, CA 91979

**In Pro Se**

FILED
08 MAR -4 PM 2:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MIKE YELLEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 08 CV 0086 JLS LSP<br><br>**REQUEST TO ENTER DEFAULT** |

**TO: CLERK OF THE COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiff, Mike Yellen hereby request that default be entered against Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedures, as appears from the attached affidavit of Mike Yellen, Plaintiff.

DATED: this 4th day of March, 2008.

Mike Yellen
In Pro Se

CR

**AFFIDAVIT OF MIKE YELLEN**

I, MIKE YELLEN hereby swears under penalty of perjury as follows:

1. That, I am over the age of eighteen (18) years, of sound mind therefore, competent to testify on the within matters for which I have personal knowledge.

2. That, I am the Plaintiff within the foregoing civil rights complaint, and affiant herein and make this affidavit in support of Plaintiff's motion for default.

3. That, in support of Plaintiff's motion for default, affiant states that he was employed at Southwest Fabricators where each Defendant is currently employed.

4. That, Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly was served with a copy of the summons and complaint as appears from the proof of service on file.

5. That Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly has not filed or served an answer or taken other actions as may be permitted by law although more than 48 days have elapsed since the date of service.

6. Affiant further makes this affidavit pursuant to the provision of the Soldiers and Sailors Civil Relief Act.

7. That Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly have worked at Southwest Fabricators during affiant's employment. Affiant reasonably believes and is convinced that Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly are not in the military service of the United States

Further, affiant sayeth naught.

I, MIKE YELLEN hereby swears under penalty of perjury that all statements, facts, and events within my foregoing affidavit are true and correct of my own knowledge, except anything to be true and correct.

DATED: this 4th day of March, 2008.

MIKE YELLEN
Affiant

**CERTIFICATE OF SERVICE**

I, MIKE YELLEN hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION FOR JUDGMENT** and **REQUEST TO ENTER DEFAULT** was served upon the below listed Defendants by placing a copy of the same in the United States mail, postage prepaid, and sent to their last known address of their place of business as follows:

**DENNIS RICHARDSON**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**JIM SILVA**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**BRANDT STRIEBY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**MIKE DONLEY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**DAREN WECKERLY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

DATED: this 4th day of March, 2008.

MIKE YELLEN
In Pro Se