# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Richardson, Jim Silva, Brandt Striebig, Mike Donley, Jason Weekerly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

MIKE DONLEY
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Delrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

JAN 15 2008 — DATE

By [signature], Deputy Clerk

'08 CV 0086 JLS LSP

FILED

2008 MAR 14 PM 3:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 1-15-08 |
| NAME OF SERVER Marissa de Luna | TITLE |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ____________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

Return unexecuted: MIKE DONLEY

Other (specify): Deposited summons & complaint in U.S. Postal office in Spring Valley with postage prepaid, and sent to their place of business

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 1-15-08 — MdeLuna — Signature of Server

1094 Hillcreek Rd. Santee CA 92071

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



ODMA\PCDOCS\WORDPERFECT\14437\1 May 5, 1999 (11:34am)