# Document Stricken From Record