# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br>Plaintiff,<br>v.<br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, and DAREN WECKERLY,<br>Defendants. | CASE NO. 08cv86 JLS (LSP)<br>**ORDER: STRIKING CLERK'S ENTRY OF DEFAULT AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The Clerk of the Court entered default against Defendants on March 18, 2008. This entry was in error due to Plaintiff's lack of personal service. See Fed. R. Civ. Proc. 4. Accordingly, the Court **STRIKES** the Clerk's entry of default and **DENIES** Plaintiff's motion for default judgment.

IT IS SO ORDERED.

DATED: March 27, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge