**MIKE YELLEN**
P.O. Box 1302
Spring Valley, CA 91979

**In Pro Se**

FILED
08 MAY -7 AM 9:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MIKE YELLEN,** Plaintiff, vs. **DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,** Defendants. | §§§§§§§§§§§ | Case No. 08 CV 0086 JLS LSP **REQUEST TO ENTER DEFAULT** |

**TO: CLERK OF THE COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiff, Mike Yellen hereby request that default be entered against Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedures, as appears from the attached affidavit of Mike Yellen, Plaintiff.

DATED: this 7th day of May, 2008.

[signature]
Mike Yellen
In Pro Se

# AFFIDAVIT OF MIKE YELLEN

I, MIKE YELLEN hereby swears under penalty of perjury as follows:

1. That, I am over the age of eighteen (18) years, of sound mind therefore, competent to testify on the within matters for which I have personal knowledge.

2. That, I am the Plaintiff within the foregoing civil rights complaint, and affiant herein and make this affidavit in support of Plaintiff's motion for default.

3. That, in support of Plaintiff's motion for default, affiant states that he was employed at Southwest Fabricators where each Defendant is currently employed.

4. That, Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly was served with a copy of the summons and complaint on April 2, 2008 as appears from the proof of service in attachment "A".

5. That Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly has not filed or served an answer or taken other actions as may be permitted by law although more than 34 days have elapsed since the date of personal service. Affiant would point out that Defendants were served with a copy of the summons and complaint on January 15, 2008 through the United States Postage service. The Court denied affiant's first request for default due to lack of personal service.

6. Affiant further makes this affidavit pursuant to the provision of the Soldiers and Sailors Civil Relief Act.

7. That Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly have worked at Southwest Fabricators during affiant's employment. Affiant reasonably believes and is convinced that Defendants Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, and Daren Weckerly are not in the military service of the United States

//

//

//

//

Further, affiant sayeth naught.

I, MIKE YELLEN hereby swears under penalty of perjury that all statements, facts, and events within my foregoing affidavit are true and correct of my own knowledge, except anything to be true and correct.

DATED: this 7th day of May, 2008.

MIKE YELLEN
Affiant

//
//
//
//
//
//
//
//
//
//
//
//

# ATTACHMENT – "A"

Elite Legal Solutions

2840 FLETCHER PKWY #416
EL CAJON, CA 92020
PH. 619.243.6622
FX. 619.966.9730
Pamela@EliteLegalSolutions.com
www.EliteLegalSolutions.com

APRIL 2, 2008

MIKE YELLEN
8926 DELROSE AVE #17
SPRING VALLEY, CA 91977
(619) 341-0506

CASE CAPTION: YELLEN v RICHARDSON

CASE #: ‘08CV 0086 JLS LSP

SERVICE(S):

1. PERSONAL SERVICE ON 1. BRANDT STRIEBY 2. DENNIS RICHARDSON 3. DAREN WECKERLY 4. JIM SILVA 5. MIKE DONLEY (S&C)

ADDRESS(ES) SERVED:

1. 2500 SWEETWATER SPRINGS BLVD. #101, SPRING VALLEY, CA 91978 ($75.00)

SUBTOTAL: 75.00

OTHER: PAID 4/1/2008 CHECK #179

**FEE: $0.00 payable upon receipt**

Please remit payment along with a copy of this invoice. Net due upon receipt. All accounts over thirty days past due are subject to a late fee of 1.5 percent of the sum due or owing $5.00, whichever is greater. Acceptance of the work product constitutes acceptance of terms. Return or NSF checks subject to a $30.00 fee. Should default be made in payment hereof, entire amount shall become immediately due. In the event that legal action become necessary to enforce collection thereof, the purchaser shall pay such sum as the court deems proper as reasonable attorney’s fees and costs. Please remember Elite Legal Solutions for any of your future notary/or legal needs. We thank you for the chance.

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Richardson, Jim Silva, Brandt Stiteby, Mike Donley, Jason Neeherly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

**MIKE DONLEY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Delrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

By , Deputy Clerk



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

## STATEMENT OF SERVICE FEES

| | | | |
|---|---|---|---|
| TRAVEL N/A | | SERVICES | TOTAL $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08 ______________________
Date Signature of Server Pamela Macias

2840 Fletcher Pkwy #416
Address of Server El Cajon CA 92020

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Rutherford, Jim Silva, Brandt Stirby, Mike Denley, Jason Neeberly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

**JIM SILVA**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Delrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

By , Deputy Clerk



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served:

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

**STATEMENT OF SERVICE FEES**

| | | | |
|---|---|---|---|
| TRAVEL N/A | | SERVICES | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08

Date

Signature of Server Pamela Macias

2840 Fletcher Pkwy #416

Address of Server El Cajon, CA 92020

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Richardson, Jim Silva, Brandt Strebe, Mike Dooley, Daren Weckerly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

**DAREN WECKERLY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Delrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | JAN 15 2008 |
| CLERK | DATE |

By , Deputy Clerk

Summons in a Civil Action



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

## STATEMENT OF SERVICE FEES

| TRAVEL N/A | | SERVICES | TOTAL $75.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08
Date

Signature of Server Pamela Macias

2840 Fletcher Pkwy #416 El Cajon CA 92020
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Kuhlenbeck, Jim Silva, Brandt Strieby, Mike Denley, Jason Neekerly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

**BRANDT STRIEBY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Melrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 15 2008

W. Samuel Hamrick, Jr.

CLERK

DATE

By , Deputy Clerk

Summons in a Civil Action



ODMA PCDOCS WORDPERFECT 14443 1 May 5 1999 11 34am

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
|---|---|
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ________

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

## STATEMENT OF SERVICE FEES

| TRAVEL N/A | | SERVICES | TOTAL $75.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08
Date

Signature of Server Pamela Macias

2840 Fletcher Pkwy #416
El Cajon, CA 92020
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Richardson, Jim Silva, Brandt Streby, Mike Denley, Jason Weeberly

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

**DENNIS RICHARDSON**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Delrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

By [signature], Deputy Clerk



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ____________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

## STATEMENT OF SERVICE FEES

| | | | |
|---|---|---|---|
| TRAVEL N/A | | SERVICES | TOTAL $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08

Date

Signature of Server Pamela Macias

2840 Fletcher Pkwy #416 El Cajon, CA 92020

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE OF SERVICE

I, MIKE YELLEN hereby certify that a true and correct copy of the foregoing **REQUEST TO ENTER DEFAULT** was served upon the below listed Defendants by placing a copy of the same in the United States mail, postage prepaid, and sent to their last known address of their place of business as follows:

**DENNIS RICHARDSON**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**JIM SILVA**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**BRANDT STRIEBY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**MIKE DONLEY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

**DAREN WECKERLY**
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

DATED: this 7th day of May, 2008.

MIKE YELLEN
In Pro Se