Summons in a Civil Action (Rev 11/97)

FILED

MAY 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mike Yellen

vs

Dennis Kuhlenschmidt, Jim Silva, Brandt Stroeby, Mike Donley, Jason Neelerly

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0086 JLS LSP

TO: (Name and Address of Defendant)

MIKE DONLEY
Southwest Fabricators
2500 Sweetwater Springs Blvd., Suite 110
Spring Valley, CA. 91978

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mike Yellen
8926 Melrose Ave #17
Spring Valley, CA 91977

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

By [signature], Deputy Clerk



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/2/2008 @ 1:39 PM |
| NAME OF SERVER PAMELA MACIAS | TITLE SD Process Server #1328 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

Return unexecuted:

x Other (specify): Left copies thereof at the defendant's usual place of business with Judy Mercier, Authorized Person to Accept Service for Party.

## STATEMENT OF SERVICE FEES

| | | | |
|---|---|---|---|
| TRAVEL N/A | | SERVICES | TOTAL $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 04/02/08

Date

Signature of Server Pamela Macias

2840 Fletcher Pkwy #416

Address of Server El Cajon CA 92020

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)