# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mike Yellen<br>Plaintiff,<br>**vs**<br>Jim Silva, Brandt Strieby, Daren Weckerly<br>Defendant, | **Civil No.** **08cv86 JLS (LSP)**<br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 01/15/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

**Entered On:** 05/8/08

W. SAMUEL HAMRICK, JR., CLERK

By: s/M. Zvers

M. Zvers, Deputy