# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Mike Yellen
Plaintiff,

**vs**

Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley, Daren Weckerly
Defendant,

**Civil No. 08cv86 JLS (LSP)**
**Amended DEFAULT**

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 01/15/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Jim Silva
Brandt Strieby
Daren Weckerly

**Entered On:** 05/8/08

W. SAMUEL HAMRICK, JR., CLERK

By: s/M. Zvers

M. Zvers, Deputy