ROGER M. MANSUKHANI (SBN: 164463)
JAN K. BUDDINGH, JR. (SBN: 113740)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
MIKE DONLEY and DENNIS RICHARDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN, Plaintiff, vs. DENNIS RICHARDSON, JIM SILVA, BRANDT STREIEBY, MIKE DONLEY, DAREN WECKERLY, Defendants. | CASE NO. 08CV0086JLS (LSP) **AMENDED PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On May 7, 2008, I served the within documents:

1. **ANSWER OF DENNIS RICHARDSON TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL;**
2. **ANSWER OF MICHAEL DONLEY TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**

BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.



Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Southern District, addressed as set forth below.

by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Mike Yellen
*In Pro Per*
P.O. Box 1302
Spring Valley, CA 91979

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2008, at San Diego, California.

/s/ Patty Schaeffer

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101