ROGER M. MANSUKHANI (SBN: 164463)
JAN K. BUDDINGH, JR. (SBN: 113740)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
MICHAEL DONLEY and DENNIS RICHARDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,<br><br>Defendants. | CASE NO. 08CV0086JLS (LSP)<br><br>**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: July 17, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 6 |

**TO: ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 17, 2008 at 1:30 p.m. in Courtroom 6 of the above-referenced court, Defendants Jim Silva, Brandt Strieby and Daren Weckerly who hereby specially appear, will at that time move this court for an order setting aside the default entered against them on May 8, 2008. This motion is based upon this notice of motion and motion, the

/////

/////

//// /

/////

/////

/////



Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

accompanying memorandum of points and authorities, the declarations of Jim Silva, Brandt Strieby, Daren Weckerly, Mike Donley and Judy Mercier, and upon such other and further evidence as may be presented at the time of hearing of this motion.

Dated: June 9, 2008

GORDON & REES LLP

By: /s/ Jan K. Buddingh, Jr.
Roger M. Mansukhani
Jan K. Buddingh, Jr.
Attorneys for Defendants
Mike Donley and Dennis Richardson
Specially appearing for Brandt Strieby,
Jim Silva and Daren Weckerly

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On June 9, 2008, I served the within documents:

NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

DECLARATION OF MIKE DONLEY IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

DECLARATION OF JUDY MERCIER IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

DECLARATION OF DAREN WECKERLY IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

DECLARATION OF JIM SILVA IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

DECLARATION OF BRANDT STRIEBY IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

☒ BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Southern District, addressed as set forth below.

by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Mike Yellen
*In Pro Per*
P.O. Box 1302
Spring Valley, CA 91979

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2008, at San Diego, California.

/s/ Pamela Stear
Pamela Stear