ROGER M. MANSUKHANI (SBN: 164463)
JAN K. BUDDINGH, JR. (SBN: 113740)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
MICHAEL DONLEY and DENNIS RICHARDSON

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,<br><br>Defendants. | CASE NO. 08CV0086JLS (LSP)<br><br>**DECLARATION OF MIKE DONLEY IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: July 17, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 6 |

I, Mike Donley, hereby declare as follows:

1. I am the Human Resources Manager of Southwest Fabricators. I am a named defendant in the above-referenced matter.

2. I have never been personally served with a copy of the summons and complaint in the above-captioned matter.

3. Judy Mercier has never been authorized to accept service of process on my behalf and she does not act as an agent on my behalf.

4. Both myself and Dennis Richardson voluntarily appeared by answering Mr. Yellen's complaint in the above-referenced matter, though we were not properly served. It was our hope that this matter would proceed to an Early Neutral Evaluation Conference as soon as possible so that we can explain that Mr. Yellen's case has no merit. The Early Neutral Evaluation Conference is set herein for June 19, 2008 at 2:00 p.m. before Magistrate Pappas.

5. Mike Yellen was employed by Southwest Fabricators for over two years and was a production supervisor when he and several other people were the subject of a reduction in force caused by Southwest Fabricators' loss of a significant account. While Mr. Yellen was then out on a non- work-related disability (and scheduled to return to work shortly thereafter), he was not selected for the reduction in force for any reason that had to do with his disability or the fact that he was out on disability.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Dated: 5/16/08 /s/ Mike Donley

Mike Donley

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101