ROGER M. MANSUKHANI (SBN: 164463)
JAN K. BUDDINGH, JR. (SBN: 113740)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
MICHAEL DONLEY and DENNIS RICHARDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,<br><br>Defendants. | CASE NO. 08CV0086JLS (LSP)<br><br>**DECLARATION OF JUDY MERCIER IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: July 10, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 6 |

I, Judy Mercier, hereby declare as follows:

1. I am the payroll clerk/receptionist for Southwest Fabricators.

2. I have never been an agent of or authorized to accept service of process on behalf of either Dennis Richardson, Jim Silva, Brandt Strieby, Mike Donley or Daren Weckerly. I have never told anybody that I was authorized to accept service of process on behalf of those individuals or that I was their agent.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Dated: 5-16-08

/s/ Judy Mercier
Judy Mercier