ROGER M. MANSUKHANI (SBN: 164463)
JAN K. BUDDINGH, JR. (SBN: 113740)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
MICHAEL DONLEY and DENNIS RICHARDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,<br><br>Defendants. | CASE NO. 08CV0086JLS (LSP)<br><br>**DECLARATION OF DAREN WECKERLY IN SUPPORT OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: July 10, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 6 |

I, Daren Weckerly, hereby declare as follows:

1. I am the President of Southwest Fabricators. I am a named defendant in the above-referenced matter.

2. I have never been personally served with a copy of the summons and complaint in the above-captioned matter.

3. Judy Mercier has never been authorized to accept service of process on my behalf and she is not an agent of mine.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Dated: 5/20/08

/s/ Daren Weckerly
Daren Weckerly