**MIKE YELLEN**
P.O. Box 1302
Spring Valley, CA 91979

**In Pro Se**

FILED
2008 JUN 12 AM 9:32
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MIKE YELLEN,** Plaintiff, vs. **DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,** Defendants. | § § § § § § § § § § § | Case No. 08 CV 0086 JLS LSP Request ~~**MOTION**~~ **TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE HEARING DATE** |

Plaintiff, Mike Yellen appearing in pro se hereby moves this Court to reschedule the early neutral evaluation conference hearing date, which is set for June 25, 2008, at 9 a.m. This motion is made and biased upon Rule 6(b) of the FRCP and the attached affidavit. Plaintiff would request that the above hearing date be rescheduled.

DATED: this 12th day of June, 2008.

MIKE YELLEN
In Pro Se

**AFFIDAVIT OF MIKE YELLEN**

I, MIKE YELLEN hereby swears under penalty of perjury as follows:

1. That, I am over the age of eighteen (18) years, of sound mind therefore, competent to testify on the within matters for which I have personal knowledge.

2. That, I am the Plaintiff within the foregoing civil rights complaint, and affiant herein and make this affidavit in support of Plaintiff's motion to reschedule early neutral evaluation conference hearing date.

3. Affiant received this Court's order of a new early neutral evaluation conference of June 25, 2008, at 9 a.m. which was changed from the previous hearing date of June 19, 2008, at 2 p.m.

4. Affiant is unable to make the hearing date of June 25, 2008 since he will be participating in a fundraiser with the Santee school district foundation, which will last all day. This fund raiser has been schedule for several months now. Affiant will also be participating in a fund raiser on June 20, 2008, that too will consume the entire day.

5. Affiant will be participating in two other evens which are tournaments: one on July 2, 2008 to July 7, 2008 and the other will start on July 10, 2008 and last until July 19, 2008.

Further, affiant sayeth naught.

I, MIKE YELLEN hereby swears under penalty of perjury that all statements, facts, and events within my foregoing affidavit are true and correct of my own knowledge, except anything to be true and correct.

DATED: this 12th day of May, 2008.

MIKE YELLEN
Affiant

**CERTIFICATE OF SERVICE**

I, MIKE YELLEN hereby certify that a true and correct copy of the foregoing **MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE HEARING DATE** was served upon the below listed Defendants by placing a copy of the same in the United States mail, postage prepaid, and sent to their last known address of their place of business as follows:

**GORDON & REES, LLP**
101 West Broadway, Suite 2000
San Diego, CA 92101

DATED: this 12th day of June, 2008.

MIKE YELLEN
In Pro Se

//

//

//

//

//

//

//