**MIKE YELLEN**
P.O. Box 1302
Spring Valley, CA 91979

**In Pro Se**

FILED
08 JUN 16 PM 2:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MIKE YELLEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, DAREN WECKERLY,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 08 CV 0086 JLS LSP<br><br>**REQUEST TO RESCHEDULE DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

Plaintiff, Mike Yellen appearing in pro se hereby moves this Court to reschedule Defendant's motion to set aside entry of default, which is set for July 17, 2008, at 1:30 p.m. This motion is made and biased upon Rule 6(b) of the FRCP and the attached affidavit. Plaintiff would request that the above hearing date be rescheduled.

DATED: this 16th day of June, 2008.

[signature]
MIKE YELLEN
In Pro Se

**AFFIDAVIT OF MIKE YELLEN**

I, MIKE YELLEN hereby swears under penalty of perjury as follows:

1. That, I am over the age of eighteen (18) years, of sound mind therefore, competent to testify on the within matters for which I have personal knowledge.

2. That, I am the Plaintiff within the foregoing civil rights complaint, and affiant herein and make this affidavit in support of Plaintiff's motion to reschedule early neutral evaluation conference hearing date.

3. Affiant received Defendant's motion to set aside entry of default of July 17, 2008, at 1:30 p.m.

4. Affiant is unable to make the hearing date of July 17, 2008 since he will be participating in two evens which are tournaments: one on July 2, 2008 to July 7, 2008 and the other will start on July 10, 2008 and last until July 19, 2008.

Further, affiant sayeth naught.

I, MIKE YELLEN hereby swears under penalty of perjury that all statements, facts, and events within my foregoing affidavit are true and correct of my own knowledge, except anything to be true and correct.

DATED: this 16th day of June, 2008.

MIKE YELLEN
Affiant

## CERTIFICATE OF SERVICE

I, MIKE YELLEN hereby certify that a true and correct copy of the foregoing **REQUEST TO RESCHEDULE MOTION TO SET ASIDE ENTRY OF DEFAULT** was served upon the below listed Defendants by placing a copy of the same in the United States mail, postage prepaid, and sent to their last known address of their place of business as follows:

**GORDON & REES, LLP**
101 West Broadway, Suite 2000
San Diego, CA 92101

DATED: this 16th day of June, 2008.

MIKE YELLEN
In Pro Se

//
//
//
//
//
//
//