# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE YELLEN,<br>Plaintiff,<br>v.<br>DENNIS RICHARDSON, JIM SILVA, BRANDT STRIEBY, MIKE DONLEY, and DAREN WECKERLY,<br>Defendants. | CASE NO. 08cv86 JLS (LSP)<br>**ORDER: DENYING PLAINTIFF'S REQUEST TO RESCHEDULE THE HEARING FOR DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

On June 16, 2008, Plaintiff filed a request to reschedule the hearing date for Defendant's motion to set aside entry of default set for July 17, 2008. [Doc. No. 29.] The Court finds the matter appropriate for determination without oral argument pursuant to Southern District Civil Local Rule 7.1(d)(1). Therefore, Defendant's motion is taken off calendar and Plaintiff's request is **DENIED** as moot.

IT IS SO ORDERED.

DATED: June 18, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge