**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

YELLEN v. RICHARDSON No. 08CV86-JLS(LSP)

HON. LEO S. PAPAS CT. DEPUTY JENNIFER JARABEK Rptr. ____________

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| ____________ | ____________ |
| ____________ | ____________ |
| ____________ | ____________ |

Plaintiff's Motion to Reschedule Early Neutral Evaluation Conference is GRANTED. (Doc. 28)

The date and time of the Early Neutral Evaluation Conference on June 25, 2008, at 9 a.m. is vacated and reset for August 8, 2008, at 9 a.m. The conference will be held before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California.

All parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference. "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

__X__ Copies to: Counsel of Record _____ Notified by Telephone

DATED: June 19, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge